No. 10–8068. RODRIGUES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 10–8076. MCPHERRON *v.* ULMER, DIRECTOR, COURT AND PROBATION SERVICES, 22D CIRCUIT COURT, ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 10–8080. WATKINS *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8082. E. R. H. *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 10–8083. BARNES *v.* MCKOWN. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 10–8084. PRESLEY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–8085. PARK *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–8086. WILLIAMS *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 10–8087. SPRING *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–8088. BOMER *v.* CAPELLO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8089. GOULD *v.* METRISH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8090. HIGGINS *v.* ADDISON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–8091. FINCHER *v.* SOUTH BEND HERITAGE FOUNDATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–8092. GONZALEZ-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.